L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
www.paulmankin.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY DONNELLY,** | Case No. 5:15-cv-01526-JFW-JPR |
| Plaintiff, | **NOTICE OF DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **BANK OF AMERICA CORPORATION; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

//

//

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*.

DATED: October 28, 2015              LAW OFFICE OF L. PAUL MANKIN IV

                                                    By:  /s/ L. Paul Mankin
                                                           L. Paul Mankin, Esq.
                                                           Attorney for Plaintiff